JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
KATLYN M. BRADY, ESQ.
Nevada Bar No. 14173
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
Email: joshua.sliker@jacksonlewis.com
Email: katlyn.brady@jacksonlewis.com

*Attorneys for Defendants*
*Pacific West Management, LLC and*
*William D. Pennington*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CRYSTAL BUCHSPICS,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC WEST MANAGEMENT, LLC AND WILLIAM D. PENNINGTON,<br><br>Defendants. | Case No. 3:24-cv-00095-CSD<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendants Pacific West Management, LLC and William D. Pennington, by and through their counsel, the law firm of Jackson Lewis P.C., and Plaintiff Crystal Buchspics, by and through her counsel, the Law Office of Mark Mausert, hereby stipulate and agree to extend the deadline for Defendants to file their respective responses to Plaintiff's Complaint to **April 12, 2024**. This Stipulation is submitted and based upon the following:

1. On February 27, 2024, Plaintiff filed a Complaint naming Pacific West Management, LLC and William D. Pennington as Defendants.

2. On March 1, 2024, Plaintiff served Pacific West Management, LLC with a copy of the Summons and Complaint. The deadline for Pacific West Management, LLC to respond to Plaintiff's Complaint is March 22, 2024.

3. On March 15, 2024, Plaintiff served Mr. Pennington with a copy of the Summons and Complaint. The deadline for Mr. Pennington to respond to Plaintiff's Complaint is April 5, 2024.

4. Defense counsel was recently retained and requires sufficient time to investigate Plaintiff's allegations and prepare Defendants' respective responses.

5. In addition, because Defendants were served on different dates, the parties wish to synchronize Defendants' response deadlines for more efficient case management.

6. This is the first request for an extension of time for Defendants to file a response to Plaintiff's Complaint. The parties agree to extend the deadline for both Defendants to file a response to Plaintiff's Complaint to **April 12, 2024**.

7. This request is made in good faith and not for the purpose of delay.

8. Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

DATED this 22nd day of March, 2024.

| LAW OFFICE OF MARK MAUSERT | JACKSON LEWIS P.C. |
|---|---|
| */s/ Mark Mausert* | */s/ Joshua A. Sliker* |
| MARK MAUSERT, ESQ. | JOSHUA A. SLIKER, ESQ. |
| Nevada Bar No. 2398 | Nevada Bar No. 12493 |
| SEAN MCDOWELL, ESQ. | KATLYN M. BRADY, ESQ. |
| Nevada Bar No. 15962 | Nevada Bar No. 14173 |
| 729 Evans Avenue | 300 S. Fourth Street, Suite 900 |
| Reno, Nevada 89512 | Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: __March 22, 2024_____