1  JOSHUA A. SLIKER, ESQ.
   Nevada Bar No. 12493
2  KATLYN M. BRADY, ESQ.
   Nevada Bar No. 14173
3  **JACKSON LEWIS P.C.**
4  300 S. Fourth Street, Suite 900
   Las Vegas, Nevada 89101
5  Telephone: (702) 921-2460
   Facsimile: (702) 921-2461
6  Email: joshua.sliker@jacksonlewis.com
7  Email: katlyn.brady@jacksonlewis.com

8  *Attorneys for Defendants*
   *Pacific West Management, LLC and*
9  *William D. Pennington*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CRYSTAL BUCHSPICS, | Case No. 3:24-cv-00095-MMD-CSD |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| PACIFIC WEST MANAGEMENT, LLC AND WILLIAM D. PENNINGTON, | |
| Defendants. | **(FIRST REQUEST)** |

Defendants Pacific West Management, LLC and William D. Pennington, by and through their counsel, the law firm of Jackson Lewis P.C., and Plaintiff Crystal Buchspics, by and through her counsel, the Law Office of Mark Mausert, hereby stipulate and agree to extend the deadline for Defendants to file their respective responses to Plaintiff's First Amended Complaint from **May 6, 2024**, to **May 13, 2024**. This Stipulation is submitted and based upon the following:

1. On February 27, 2024, Plaintiff filed a Complaint naming Pacific West Management, LLC and William D. Pennington as Defendants.

2. On March 1, 2024, Plaintiff served Pacific West Management, LLC with a copy of the Summons and Complaint. The deadline for Pacific West Management, LLC to respond to Plaintiff's Complaint is March 22, 2024.

3. On March 15, 2024, Plaintiff served Mr. Pennington with a copy of the Summons and Complaint. The deadline for Mr. Pennington to respond to Plaintiff's Complaint is April 5, 2024.

4. On April 15, 2024, Plaintiff filed a First Amended Complaint. Defendants' deadline to respond to the First Amended Complaint is May 6, 2024.

5. Defendants' counsel was out of the office with a respiratory illness last week and requires additional time to investigate Plaintiff's allegations and prepare Defendants' respective responses.

6. This is the first request for an extension of time for Defendants to file a response to Plaintiff's First Amended Complaint. The parties agree to extend the deadline for both Defendants to file a responsive pleading to Plaintiff's Complaint to **May 13, 2024**.

7. This request is made in good faith and not for the purpose of delay.

8. Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

DATED this 6th day of May, 2024.

| LAW OFFICE OF MARK MAUSERT | JACKSON LEWIS P.C. |
|---|---|
| */s/ Sean McDowell* | */s/ Katlyn M. Brady* |
| MARK MAUSERT, ESQ. | JOSHUA A. SLIKER, ESQ. |
| Nevada Bar No. 2398 | Nevada Bar No. 12493 |
| SEAN MCDOWELL, ESQ. | KATLYN M. BRADY, ESQ. |
| Nevada Bar No. 15962 | Nevada Bar No. 14173 |
| 729 Evans Avenue | 300 S. Fourth Street, Suite 900 |
| Reno, Nevada 89512 | Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

**ORDER**

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

Dated: May 7, 2024