Mark Mausert
NV Bar No. 2398
Sean McDowell
NV Bar No. 15962
729 Evans Avenue
Reno, NV 89512
(775) 786-5477
Fax (775) 786-9658
mark@markmausertlaw.com
sean@markmausertlaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CRYSTAL BUCHSPICS,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC WEST MANAGEMENT, LLC AND WILLIAM D. PENNINGTON,<br><br>Defendants. | Case No.: 3:24-cv-00095-MMD-CSD<br><br>**ORDER GRANTING STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS** |

Pursuant to Local Rules IA 6-1 and IA 6-2, Plaintiff Crystal Buchspics ("Plaintiff") and Defendant William D. Pennington ("Defendant") hereby requests a three-week extension of time, up to and including June 26, 2024, for Plaintiff to file her response to Defendant's Motion to Dismiss (ECF. No. 22). The present deadline for Plaintiff to file her response is June 5, 2024. This is the parties' first request for an extension of time for Plaintiff to file her response.

//

//

//

//

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS - 1

Plaintiff respectfully requests this extension to allow the parties time to explore resolution, and not for purpose of delay. Good cause exists to extend the response deadline. Therefore, the parties respectfully request a three-week extension of time, up to and including June 26, 2024, for Plaintiff to file her response to Defendant's Motion to Dismiss.

| | |
|---|---|
| DATED this 4th day of June, 2024.<br>MARK MAUSERT LAW OFFICE | DATED this 4th day of June, 2024.<br>JACKSON LEWIS P.C. |
| By: /s/ Mark Mausert<br>MARK MAUSERT<br>SEAN McDOWELL<br>729 Evans Avenue<br>Reno, Nevada 89512 | By: /s/ Katlyn Brady<br>JOSHUA A. SLIKER, ESQ.<br>KATLYN M. BRADY, ESQ.<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: June 10, 2024

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS - 2