Mark Mausert
NV Bar No. 2398
Sean McDowell
NV Bar No. 15962
729 Evans Avenue
Reno, NV 89512
(775) 786-5477
Fax (775) 786-9658
mark@markmausertlaw.com
sean@markmausertlaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CRYSTAL BUCHSPICS,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC WEST MANAGEMENT, LLC AND WILLIAM D. PENNINGTON,<br><br>Defendants. | Case No.: 3:24-cv-00095-MMD-CSD<br><br>**ORDER GRANTING STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AND REQUEST FOR COURT TO RETAIN JURISDICTION** |

IT IS HEREBY STIPULATED, pursuant to F.R.C.P. 41(a)(1), by and between Plaintiff, CRYSTAL BUCHSPICS, and Defendants, PACIFIC WEST MANAGEMENT, LLC and WILLIAM D. PENNINGTON, by and through their respective counsel of record, respectfully request Plaintiff's claims in the above-referenced action be hereby dismissed with prejudice as the parties have reached a settlement. Each party to bear its own attorneys' fees and costs.

//

//

//

//

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AND REQUEST FOR COURT TO RETAIN JURISDICTION - 1

The parties request a special provision that the Court retain jurisdiction over this case for an additional thirty (30) days pending the final execution of the settlement agreement/terms.

| | |
|---|---|
| DATED this 20th day of August, 2024.<br>MARK MAUSERT LAW OFFICE | DATED this 20th day of August, 2024.<br>JACKSON LEWIS P.C. |
| By: */s/ Mark Mausert*<br>MARK MAUSERT<br>SEAN McDOWELL<br>729 Evans Avenue<br>Reno, Nevada 89512 | By: */s/ Joshua Sliker*<br>JOSHUA A. SLIKER, ESQ.<br>KATLYN M. BRADY, ESQ.<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: August 20, 2024

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AND REQUEST FOR COURT TO RETAIN JURISDICTION - 2